**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted April 18, 2006
Decided May 19, 2006

Before

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** KENNETH F. RIPPLE, Circuit Judge

**Hon.** DIANE P. WOOD, Circuit Judge

| | | |
|---|---|---|
| DONALD BRADFISCH,<br>  *Plaintiff-Appellant*,<br><br>**No.**  05-3390   **v.**<br><br>TEMPLETON FUNDS, INC. and TEMPLETON GLOBAL<br>ADVISORS, LTD.,<br>  *Defendants-Appellees*. | } | Appeal from the United States<br>District Court for the Southern<br>District of Illinois.<br><br>No. 05 C 298<br>Michael J. Reagan, *Judge*. |
| VINCE KWIATKOWSKI, EDMUND WOODBURY AND<br>JOSEPH PARISE, JR.,<br>  *Plaintiffs-Appellants*,<br><br>**Nos**.  05-3558, 05-3559 &   **v.**<br>     05-3586<br><br>TEMPLETON GROWTH FUND, INC., *et al.*,<br>  *Defendants-Appellees*. | } | Appeals from the United States<br>District Court for the Southern<br>District of Illinois.<br><br>Nos. 05 C 299<br>     05 C 301<br>     05 C 300<br>G. Patrick Murphy, *Chief Judge*. |

**Order**

These four appeals are governed by the Supreme Court's decision in *Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Dabit*, 126 S. Ct. 1503 (2006). Although the plaintiffs maintain

that *Dabit* does not control because (in their view) the defendant funds have been negligently managed, they have not sought relief through derivative litigation and therefore cannot take advantage of the exception for that kind of suit in the Securities Litigation Uniform Standards Act of 1998. For direct litigation, labels are not material, as we explained in *Kircher v. Putnam Funds Trust*, 403 F.3d 478 (7th Cir. 2005), cert. granted on other grounds, 126 S. Ct. 969 (2006), a decision that the Supreme Court approved in *Dabit*.

These appeals are not affected by the grant of certiorari in *Kircher*. The Supreme Court limited the writ to a dispute about appellate jurisdiction of appeals by defendants from remand orders under the SLUSA. These defendants did not appeal from the district court's orders in 2004 remanding the suits. They removed again following the decision on the merits in *Kircher*, and the only appeals have been filed by the plaintiffs.

On the authority of *Dabit* and *Kircher*, the judgments are affirmed.